IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

|  |  |
|---|---|
| L. KEELEY CONSTRUCTION CO., an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEVELOPERS SURETY AND INDEMNITY COMPANY, a California corporation,<br><br>Defendant. | No. CV-19-39-BU-SEH<br><br>**ORDER** |

On September 27, 2019, the Court ordered each party to file a preliminary pretrial statement on or before October 22, 2019, addressing, with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and L.R. 16.2(b)(1).[1] Plaintiff's preliminary pretrial statement filed on October 22, 2019,[2] fails to comply with the Court's September 27, 2019, Order.

ORDERED:

Necessary and appropriate revisions to Plaintiff's preliminary pretrial

---

[1] Doc. 10 at 3.

[2] Doc. 12.

statement, addressing the deficiencies outlined above, shall be filed and served on or before October 28, 2019.

DATED this 23rd day of October, 2019.

SAM E. HADDON
United States District Court