IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| L. KEELEY CONSTRUCTION CO., an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEVELOPERS SURETY AND INDEMNITY COMPANY, a California corporation, THE OHIO CASUALTY INSURANCE COMPANY, an Ohio corporation, and WEATHERGUARD CORPORATION, a Montana corporation,,<br><br>Defendants.<br>_____<br>DEVELOPERS SURETY AND INDEMNITY COMPANY, a California corporation, and THE OHIO CASUALTY INSURANCE COMPANY, an Ohio corporation,<br><br>Third-Party Plaintiffs,<br><br>vs.<br>WEATHERGUARD CORPORATION, a Montana corporation, and VAN SMITH,<br><br>Third-Party Defendants. | No. CV-19-39-BU-SEH<br><br>**ORDER** |

Third-Party Defendant, Van Smith, having filed a Notice of Filing

Bankruptcy,[1]

ORDERED:

All proceedings in this case are STAYED pending further order of the Court.[2]

FURTHER ORDERED:

1.  On or before February 5, 2021, Smith shall file a report updating the Court and the parties as to the status and progress of proceedings in Bankruptcy Court cause *In re Van Earl Smith,* 4:20-bk-40079-13.

2.  Until otherwise ordered by the Court, Smith shall file supplemental updates as to the status and progress of proceedings in Bankruptcy Court cause *In re Van Earl Smith*, 4:20-bk-40079-13 every six months after February 5, 2021.

DATED this 9th day of September, 2020.

SAM E. HADDON
United States District Court

---

[1] *See* Doc. 42 and *see In re Van Earl Smith*, 20-bk-40079-13.

[2] *See* 11 U.S.C. § 362.