## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

L. KEELEY CONSTRUCTION CO., an
Illinois corporation,

        Plaintiff,

vs.

DEVELOPERS SURETY AND
INDEMNITY COMPANY, a California
corporation, THE OHIO CASUALTY
INSURANCE COMPANY, an Ohio
corporation, and WEATHERGUARD
CORPORATION, a Montana
corporation,,

        Defendants.

_____

DEVELOPERS SURETY AND
INDEMNITY COMPANY, a California
corporation, and THE OHIO
CASUALTY INSURANCE COMPANY,
an Ohio corporation,

        Third-Party Plaintiffs,

vs.

WEATHERGUARD CORPORATION, a
Montana corporation, and VAN SMITH,

        Third-Party Defendants.

No.  CV-19-39-BU-SEH

**ORDER**

On December 13, 2019, Plaintiff filed a Second Amended Complaint naming

as Defendants (1) Developers Surety and Indemnity Company ("Developers"), (2) The Ohio Casualty Insurance Company ("Ohio"), and (3) Weatherguard Corporation ("Weatherguard").[1] On January 24, 2020, Defendants Developers and Ohio filed an Answer to the Second Amended Complaint, a Cross Claim against Weatherguard, and a Third-Party Complaint against Van Smith ("Smith").[2] Weatherguard and Smith answered the Cross-Claim and Third-Party Complaint on March 10, 2020,[3] Weatherguard answered the Second Amended Complaint on March 27, 2020, and on March 30, 2020, Weatherguard and Smith filed a document entitled "Amended Answer to Developer Surety and Indemnity Company and The Ohio Casualty Insurance Company's Cross Claim and Third-Party Complaint and Demand for Jury Trial."[4]

On July 6, 2020, Developers and Ohio filed an Amended Cross-Claim and Amended Third-Party Complaint[5] against Weatherguard and Smith. On July 21, 2020, the Court granted Weatherguard and Smith until August 3, 2020, in which to file answers to the Amended Cross-Claim and Amended Third-Party

---

[1] Doc. 19.

[2] Doc. 25.

[3] Doc. 30.

[4] Doc. 34.

[5] Doc. 39.

Complaint.[6]

On July 30, 2020, Smith filed Notice of Bankruptcy.[7] Proceedings in this case were stayed.[8] On January 12, 2021, the Bankruptcy Court issued its Order of Discharge.[9] The case was closed by the Clerk on January 12, 2021. On February 4, 2021, Smith reported bankruptcy proceedings in Case No. 20-bk-40079 were concluded, that the Bankruptcy Court Order of Discharge had been entered, and the case was closed.[10]

Answers by Weatherguard and Smith to the Amended Cross-Claim and the Amended Third-Party Complaint filed by Developers and Ohio have not been filed.[11]

ORDERED:

1.      The bankruptcy stay ordered on September 10, 2020, is VACATED.[12]

2.      Weatherguard and Smith each shall have to and including March 5,

---

[6] Doc. 41.

[7] Doc. 42.

[8] Doc. 43.

[9] *In re Van Earl Smith*, 4:20-bk-40079-BPH (Bankr. Mont. 2021) at Doc. 28.

[10] Doc. 44.

[11] Doc. 39.

[12] Doc. 43.

2021, in which to file an answer to the Amended Cross-Claim and Amended

Third-Party Complaint.[13]

    3.    All deadlines established by the Scheduling Order of November 19,

2019,[14] are VACATED, to be reset by further Order of the Court.

DATED this _19th_ day of February, 2021.

SAM E. HADDON
United States District Court

---

[13] Doc. 39.

[14] Doc. 18.