IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| L. KEELEY CONSTRUCTION CO., an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEVELOPERS SURETY AND INDEMNITY COMPANY, a California corporation, THE OHIO CASUALTY INSURANCE COMPANY, an Ohio corporation, and WEATHERGUARD CORPORATION, a Montana corporation,,<br><br>Defendants. | No. CV-19-39-BU-SEH<br><br>**ORDER** |

On March 9, 2021, Plaintiff and Defendants Developers Surety and Indemnity Company ("Developers") and The Ohio Casualty Insurance Company ("Ohio") filed a joint motion for dismissal with prejudice of Developers and Ohio.[1] Whether Defendant Weatherguard Corporation opposes the motion is unknown.

---

[1] *See* Doc. 48.

ORDERED:

The motion[2] is DENIED WITHOUT PREJUDICE to resubmission, if appropriate, upon notice to the Court as to whether Weatherguard Corporation opposes the motion.

DATED this 9th day of March, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 48.