# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| L. KEELEY CONSTRUCTION CO., an Illinois corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DEVELOPERS SURETY AND INDEMNITY COMPANY, a California corporation, THE OHIO CASUALTY INSURANCE COMPANY, an Ohio corporation, and WEATHERGUARD CORPORATION, a Montana corporation,,<br><br>    Defendants. | No. CV-19-39-BU-SEH<br><br>**ORDER** |

The parties having stipulated to the dismissal of all Defendants, with each party to bear its own costs and fees,[1]

ORDERED:

1. This case is DISMISSED.

---

[1] *See* Docs. 51 and 52.

2. The Clerk is directed to close this case.

DATED this 9th day of March, 2021.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge